### SUSANNA M. HOLCOMB *vs.* HEMAN BEACH.

The holder may maintain an action in his own name upon a promissory note payable to bearer, although the note is a part of an estate of which he is the administrator.

CONTRACT upon a promissory note signed by the defendant, and payable to Vincent Holcomb or bearer.

At the trial in the Superior Court, before *Bacon*, J., without a jury, it appeared that the plaintiff was the widow of Vincent Holcomb the payee of the note, and the administratrix of his estate; that the note was a part of that estate; and that she had not rendered a final account of her administration.

The court ruled that the plaintiff could maintain the action, and gave judgment for the amount of the note. The defendant excepted.

*H. Fuller*, for the defendant.

*H. B. Stevens*, for the plaintiff.

COLT, J. There was evidence sufficient to warrant a jury in finding for the plaintiff. It is no objection to the action that the nominal plaintiff is not beneficially interested in the avails of the note. Possession of a negotiable promissory note payable to bearer is sufficient evidence of title. *Pettee* v. *Prout*, 3 Gray, 502. The privity which is required is shown when an action is brought in the holder's name, with the assent of the party in interest and prosecuted for his benefit. *Beekman* v. *Wilson*, 9 Met. 434, 437. It can make no difference in the application of these rules that the beneficial interest is in the nominal plaintiff as administratrix. *Exceptions overruled.*